THEODORE CONKLING, as Administrator with the Will Annexed of WILLIAM C. HERRING, Deceased, Respondent, *v.* THE ROMAN CATHOLIC ORPHAN ASYLUM IN THE CITY OF ALBANY et al., Appellants.

*Pratt* v. *Roman Catholic Orphan Asylum,* 20 App. Div. 352, affirmed.
(Submitted February 11, 1901; decided March 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

23, 1900, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George P. Androus* and *Edward J. McGean* for appellants.

*Augustus S. Houghton* for respondent.

Judgment affirmed, with costs to plaintiff payable out of the estate, on opinion below.

Concur: GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ. Not sitting: PARKER, Ch. J.